IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:11mc43

| | |
|---|---|
| IN RE: REAL PROPERTY DESCRIBED IN )<br>A DEED RECORDED AT BOOK 1388, )<br>PAGE 793, IN THE LINCOLN COUNTY, )<br>NORTH CAROLINA, PUBLIC REGISTRY )<br>_____ )<br>FILE IN GRANTOR INDEX UNDER: )<br>**MILL RUN PARTNERS, LLC; STEVE** )<br>**M. HALE** )<br>_____ ) | **ORDER**<br>**AND LIS PENDENS** |

   WHEREAS, the United States of America, by and through Special Agent Chad Rumney of the Secret Service, has presented an affidavit to the Court alleging that the above-captioned property constitutes or is derived from proceeds traceable to violations of or conspiracy to violate 18 U.S.C. § 2314; and/or was involved in money laundering and/or conspiracy in violation of 18 U.S.C. §§1956-1957; and/or is traceable to such property; and/or is substitute property for such property pursuant to 21 U.S.C. § 853(p), as made applicable by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and,

   WHEREAS, the Court, having reviewed the affidavit, finds that there is probable cause to believe that the property constitutes or is derived from proceeds traceable to violations of or conspiracy to violate 18 U.S.C. § 2314; and/or was involved in money laundering and/or conspiracy in violation of 18 U.S.C. §§1956-1957; and/or is traceable to such property; and/or is substitute property for such property pursuant to 21 U.S.C. § 853(p), as made applicable by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and,

   WHEREAS, upon this finding of probable cause, the property may be subject to civil forfeiture to the United States pursuant to 18 U.S.C. §981(a)(1)(A) or § 981(a)(1)(C), incorporating by reference as to proceeds all violations listed in 18 U.S.C. § 1956(c)(7), and/or

subject to criminal forfeiture pursuant to 18 U.S.C. § 982 and/or 28 U.S.C. § 2461(c), and the government is entitled to record a lis pendens to give public notice of the government's forfeiture interest and potential civil and criminal forfeiture claims against the property;

THEREFORE, the United States is directed forthwith to file this Order and Lis Pendens with the appropriate state or local public depository to prevent the flight or transfer of the property so that the United States may initiate action to adjudicate forfeiture of the property; and,

ALL WHO READ THIS ORDER AND LIS PENDENS TAKE NOTICE that the property may be subject to forfeiture to the United States in a present or future criminal or civil <u>in rem</u> action before this Court, and any person who has a question as to this action should contact:

> United States Attorney
>     for the Western District of North Carolina
> Attn: William A. Brafford
> 227 West Trade Street, Suite 1650
> Charlotte, NC 28202
> (704) 344-6222

This the 29 day of March, 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE


**TO THE RECORDER OF THIS INSTRUMENT: MAIL ANY AND ALL RECORDED COPIES TO THE UNITED STATES ATTORNEY FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT THE ABOVE ADDRESS.**